IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **BEULAH REUTIMAN,** *as next friend of A.M.H, a minor child* | § § § | |
| v. | § § | NO. 1:14-cv-533 |
| **WAL-MART STORES, INC.** | § § | |

### ORDER OF DISMISSAL

The parties' joint "Stipulation of Voluntary Dismissal" (Doc. No. 21) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny any pending motions as moot.

**SIGNED** this the 3 day of **February, 2016.**

_____
Thad Heartfield
United States District Judge